IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.                                          CASE NO. 4:06cr70-RH

**ALONZO MORRIS LEE, JR.**           DOCKET NO. 4:06mj172-WCS

     **Defendant.**
_____/

## O R D E R

The Defendant appeared before the undersigned on a first appearance today to answer to the charges of violating his supervised release.

Accordingly, it is ORDERED that the Defendant shall appear before Judge Hinkle on November 17, 2006, beginning at 10:00 A.M., for a revocation hearing. Until that appearance, Defendant will remain subject to the conditions of supervised release.

**DONE AND ORDERED** on October 25, 2006.

                                         S/ William C. Sherrill, Jr.
                                         **WILLIAM C. SHERRILL, JR.**
                                         **UNITED STATES MAGISTRATE JUDGE**